Fredrick S. Levin, SBN: 187603
(*flevin@dykema.com*)
Dawn N. Williams, SBN: 267925
(*dwilliams@dykema.com*)
**DYKEMA GOSSETT LLP**
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Deutsche Bank Securities, Inc.
And Litton Loan Servicing LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BARBOZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK SECURITIES, INC;<br>LITTON LOAN SERVICING LP; and DOES 1 TO 50, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-00559-OWW-DLB<br><br>*Assigned for all purposes to Hon. Judge Oliver W. Wanger*<br><br>**ORDER**<br><br>Hearing Date: November 15, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 3 |

## ORDER GRANTING MOTION

Having considered Defendant Deutsche Bank Servicing, Inc.'s and Litton Loan Servicing LP's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) in the above-entitled action, the Plaintiff having had a full and fair opportunity to be heard with respect to the Motion, and the Court being fully apprised of the premises of the Motion,

**IT IS ORDERED** that

Plaintiff's Complaint is dismissed in its entirety with without prejudice.


Dated: 11/30/2010                    /s/ OLIVER W. WANGER

                                     United States District Court Judge